# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZSQ@AOL.COM

March 6, 2020

Hon. Katherine Polk Failla
Judge of the United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Cc:   Failla_NYSDChambers@nysd.uscourts.gov

Re:   *Rubenstein v. Cosmos Holodings, Inc. and Grigorios Siokas,* **19-cv-6976-KPF**
      **Request For Leave To File Amended Brief In Opposition To Motion To Dismiss**

Your Honor:

Last night, March 5, 2020, Plaintiff's counsel filed his Brief In Opposition To Motion … To Dismiss.

In the light of day and upon re-reading I find it to have been badly proof-read and I respectfully request leave to file an amended version of the brief, the changes limited to correcting typographical errors. An ERRATA list of the intended changes is appended.

No substantive changes are proposed.

Very truly yours,

David Lopez

DL/el
Attachment

DAVID LOPEZ

**Mark Rubenstein v. Cosmos Holdings, Inc. and Grigorios Siokas, 19 Civil 6976 (KPF)**

<u>ERRATA</u>

**Plaintiff's Brief In Opposition To Motion … To Dismiss**

| | |
|---|---|
| Page 1, Line 3: | replace "sales 100,000 of" with "sales of 100,000". |
| Page 1, Line 8: | strike comma following "Ms. Matsouki". |
| Page 4, Line 18: | strike "s" from "Wiggins". |
| Page 4, Line 22: | replace "trutees" with "trustees". |
| Page 5, Line 7: | strike "and" as second worD in line. |
| Page 5, Line 16: | strike comma after "as". |
| Page 5, Line 17: | replace "anf" with "and". |
| Page 6, Line 3: | replace "investments" with "investment". |
| Page 8, Line 6: | strike "it is". |
| Page 10, Line 18: | add period (".") after "aff'd". |
| Page 11, Line 22: | replace "sale" with "purchase". |