UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARK RUBENSTEIN,

                            **Plaintiff,**                        19-CV-06976 (KPF)(SN)

      -against-                                              **ORDER**

**GRIGORIOS SIOKAS, et al.,**

                            **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On July 31, 2020, the Honorable Katherine Polk Failla assigned this matter to my docket for settlement. In accordance with the referral order, the parties are to schedule a settlement conference before the no later than August 30, 2020. The parties have not yet contacted the Court to schedule a settlement conference. By August 28, 2020, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates.

**SO ORDERED.**

                                                                         _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:       August 26, 2020
                    New York, New York