

# DAVIDOFF HUTCHER & CITRON LLP

ATTORNEYS AT LAW

605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

GARDEN CITY
ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 248-6400

ALBANY
GOVERNMENT RELATIONS
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
GOVERNMENT RELATIONS
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

**WRITER'S DIRECT: (646) 428-3227**
**E-MAIL: akr@dhclegal.com**

September 25, 2020

Via ECF and E-mail
The Honorable Katherine Polk Failla
U.S. District Court, Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:     *Rubenstein v. Siokas, et al.* (No. 1:19-cv-06976) – Proposed Briefing Schedule

Dear Judge Failla:

We represent defendant Grigorios Siokas and nominal defendant Cosmos Holdings, Inc. (together, "Defendants") in the referenced action. In furtherance of Your Honor's Order, dated September 18, 2020, the parties have met and conferred, and agree to the following proposed briefing schedule for Plaintiff's application for attorneys' fees:

- Plaintiff's motion to be served/filed on or before: October 2, 2020

- Defendants' opposition to be served/filed on or before: October 16, 2020

- Plaintiff's reply papers to be served/filed on or before: October 23, 2020

We appreciate the Court's continued attention this matter. Thank you.

Respectfully submitted,

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Defendant Grigorios Siokas, and*
*Nominal Defendant Cosmos Holdings, Inc.*
_____
By: Andrew K. Rafalaf
605 Third Avenue
New York, NY 10158
(212) 557-7200
akr@dhclegal.com

cc:  All parties of record (Via ECF)