**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MARK RUBENSTEIN,**

Plaintiff,

v.

**COSMOS HOLDINGS, INC.**

Nominal Defendant,

and

**GRIGORIOS SIOKAS,**

Defendant.

No.  19-CV-6976-KPF
(ECF Case)

---

       **PLEASE TAKE NOTICE** that upon the accompanying Brief and Affirmations of Davis Lopez and Miriam Tauber (and attached Exhibits), and the pleadings, Plaintiff Mark Rubenstein hereby moves the Court for Approval of (Mediated) Settlement and for Award of Attorney's Fees and Disbursements (per the Court's Order at Dkt #50).

Dated: October 5, 2020
     New York NY

*s/ Miriam Tauber*                                   *s/ David Lopez*

---
Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A
New York NY 10075
(323) 790-4881
MiriamTauberLaw@gmail.com

---
David Lopez (DL-6779)
LAW OFFICES OF DAVID LOPEZ
PO Box 323 | 171 Edge of Woods Rd.
Southampton NY 11969
631-287-5520
DavidLopezEsq@aol.com

*Attorneys for Plaintiff Mark Rubenstein*