UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK RUBENSTEIN,<br><br>               Plaintiff,<br><br>-v.-<br><br>COSMOS HOLDINGS, INC.,<br><br>               Nominal Defendant,<br><br>-and-<br><br>GRIGORIOS SIOKAS,<br><br>               Defendant. | 19 Civ. 6976 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the parties' submissions regarding Plaintiff's pending motion for the approval of settlement and an award of attorneys' fees and costs. (*See* Dkt. #53-58, 61). The parties are hereby ORDERED to appear for an oral decision on the pending motion on April 23, 2021, at 3:00 p.m. The oral decision shall be delivered telephonically. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.

    SO ORDERED.

Dated:    March 25, 2021
             New York, New York

                                                                    KATHERINE POLK FAILLA
                                                                    United States District Judge