UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK RUBENSTEIN,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>COSMOS HOLDINGS, INC.,<br><br>                    Nominal Defendant,<br><br>          -and-<br><br>GRIGORIOS SIOKAS,<br><br>                    Defendant. | 19 Civ. 6976 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The oral decision scheduled for April 23, 2021, at 3:00 p.m is hereby ADJOURNED to 4:30 p.m. on the same day.  Accordingly, on April 23, 2021, at 4:30 p.m., the parties shall call (888) 363-4749 and enter access code 5123533.  Please note that the conference will not be available before 4:30 p.m.

SO ORDERED.

Dated:   April 20, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge