UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK RUBENSTEIN,<br><br>    Plaintiff,<br><br>  -v.-<br><br>COSMOS HOLDINGS, INC.,<br><br>    Nominal Defendant,<br><br>  -and-<br><br>GRIGORIOS SIOKAS,<br><br>    Defendant. | 19 Civ. 6976 (KPF)<br><br>**JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

  Whereas the above-captioned action having been assigned to the Honorable Katherine Polk Failla, United States District Judge, and the Court thereafter having been informed that the parties had reached a settlement agreement in the amount of $600,000.00 in the aggregate, but had not reached an agreement as to the amount of attorneys' fees to be awarded to Plaintiff's counsel; and

  Whereas, on October 5, 2020, Plaintiff having moved for the approval of the parties' proposed settlement agreement and for attorneys' fees, and on October 16, 2020, Defendant having filed his opposition to Plaintiff's motion for attorneys' fees, and on October 26, 2020, Plaintiff having filed his reply in further support of his motion for attorneys' fees; and

  Whereas, on April 23, 2021, the Court having rendered its Opinion and Order on the record, approving the parties' proposed settlement agreement in

the aggregate amount of $600,000.00, and awarding attorneys' fees to Plaintiff's counsel in the amount of $120,000.00, and litigation costs in the amount of $4,137.00; and

Whereas, after the Court's approval of the settlement agreement, the parties advised that they were not in agreement as to the schedule of payments of attorneys' fees to Plaintiff's counsel, and whereas the Court agrees with Plaintiff's counsel that the proper course of action in such case is to enter judgment and thereby allow the judgment creditors and judgment debtors to determine their rights and responsibilities with respect to collection in the ordinary course; it is,

ORDERED, ADJUDGED, AND DECREED: That for the reasons stated on the record on April 23, 2021, the parties' proposed settlement in the amount of $600,000.00 is approved, of which total Plaintiff's counsel is awarded $120,000.00 in attorneys' fees and $4,137.00 in litigation costs. The Court understands that the balance of the settlement will be satisfied by means of Defendant Grigorios Siokas's forgiveness of debt owed to him by Nominal Defendant Cosmos Holdings, Inc.

With the entry of this Judgment, the case is closed.

SO ORDERED.

Dated: April 29, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge